*Miscellaneous Orders.*

No. 579.   HAYNES *v.* SOUTHERN RAILWAY SYSTEM ET AL.   The motion to correct the record by changing the name of respondent, now set forth as Southern Railway System, to read Cincinnati, New Orleans & Texas Pacific Railway Company, is granted.